## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Larry D. Dillard<br>Darlene Dillard<br>1620 Etchison Spur<br>Loganville, GA 30052 | CASE NO:    13-30073-JPS<br><br>ATTORNEY:  Jason M. Orenstein, PC |

### NOTICE OF TRUSTEE'S MOTION TO COMPEL TURNOVER OF FUNDS AND OBJECTION TO POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES

CAMILLE HOPE, CHAPTER 13 TRUSTEE, HAS FILED DOCUMENTS WITH THE COURT FOR MOTION FOR TURNOVER.

<u>YOUR RIGHTS MAY BE AFFECTED.</u>  You should read these documents carefully and discuss them with your attorney, if you have on in this bankruptcy case.  <u>If you do not have an attorney, you may wish to consult one.</u>  If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion (or other type of pleading) may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to grant the Trustee's Motion or if you want the court to consider your views on the motion, then you or your attorney shall file with the court a written objection or response on or before NOVEMBER 2, 2017, pursuant to FRBP 9006(f).  If you are receiving this notice by mail, you may add 3 days to the response date stated above.  The objection or response should be sent to:

Clerk, US Bankruptcy Court
Middle District of Georgia
PO Box 1957
Macon, GA 31202

If an objection or response is filed, a hearing on the motion shall be held on:

DECEMBER 13, 2017 – 2:00 PM
U. S. COURTROOM  - ATHENS
U.S. POST OFFICE BUILDING
115 E. HANCOCK AVENUE
ATHENS  GA 30601

If you mail your response or objection to the court for filing, you shall send it early enough so the court will receive the objection or response on or before the response date stated above.

Any response or objection shall be served on the movant.

If you or your attorney does not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.

This notice is sent by the undersigned pursuant to M.D. GA L.B.R. 9004-1 (c)(5)(b).

DATED: October 13, 2017

Prepared by:
| | |
|---|---|
| CAMILLE HOPE | KYLE GEORGE, CLERK |
| CHAPTER 13 TRUSTEE | UNITED STATES BANKRUPTCY COURT |
| P.O. BOX 954 | P.O. BOX 1957 |
| MACON, GA 31202 | MACON, GA 31202 |
| Tel: (478) 742-8706 | Tel: (478)-752-3506 |
| docomt@chapter13macon.com | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true and correct copy of the attached document was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) mailed postage prepaid to all other interested parties at their addresses shown below.

Via U.S. Mail:
Larry D. Dillard
Darlene Dillard
1620 Etchison Spur
Loganville, GA   30052

Rushmore Loan Management Services,LLC

P.O. Box 52708
Irvine, CA   92619-2708

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, NE, Suite 500
Atlanta GA   30305

Corporation Service Company
Registered Agent
40 Technology Parkway South Suite 300
   Ben Hill
Norcross, GA   30092

Via Electronic Notice:
Stephen Louis Noel, PC

DATED: October 13, 2017

/s/ Camille Hope
Camille Hope, Trustee

Office of the Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Larry D. Dillard ) | |
| Darlene Dillard ) | CHAPTER 13 |
|    Debtor. ) | |
| CAMILLE HOPE, TRUSTEE ) | |
| vs. ) | |
| RUSHMORE LOAN MANAGEMENT SERVICES ) | CASE NO. 13-30073-JPS |
|   LLC  Creditor. ) | |

**TRUSTEE'S MOTION TO COMPEL TURNOVER OF FUNDS AND
OBJECTION TO POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES**

Now comes the Chapter 13 Trustee and files this her motion to compel turnover of funds against Rushmore Loan Management Services, LLC.

1.

The debtors filed for relief under Chapter 13 of the Bankruptcy Code on January 17, 2013 and their plan was confirmed by the Court on July 26, 2013.

2.

On March 26, 2013, a claim, Court document #8 was filed by Wells Fargo Bank, N.A. in the amount of $5,760.85 which was claimed for pre-petition arrears. On January 27, 2016 this mortgage account was transferred to Rushmore Loan Management Services, LLC.

3.

On August 4, 2016 the claim was amended by Rushmore Loan Management Services, LLC to increase the pre-petition arrears amount claimed to $14,994.56.

4.

On January 16, 2017 the debtor's attorney filed an objection against the amended claim filed by Rushmore Loan Management Services, LLC.  A response was filed.  On May 30, 2017 a Consent Order was signed by Judge James P. Smith reducing the pre-petition arrears allowed to $11,994.56.  At that time a total of $15,267.56 had been disbursed by the Trustee to Rushmore Loan Management Services, LLC.  The creditor has been asked to return the $3273.00 overpayment but has not responded.

5.

In addition, Rushmore Loan Management Services, LLC has filed Document #94 Notice of Postpetition Mortgage Fees, Expenses & Charges requesting $442.50 in post petition fees.   There is no basis for these fees and they should not be allowed.

6.

**WHEREFORE**, the Trustee prays that the Court enter an Order compelling Rushmore Loan Management Services, LLC to turnover of funds in the amount of $3,273.00 immediately and for the post-petition mortgage fees in the amount of $442.50 to be disallowed.

DATED:  October 13, 2017    <u>s/ Camille Hope</u>
**OFFICE OF THE CHAPTER 13 TRUSTEE**
**P.O. BOX 954, MACON, GA 31202**