**SO ORDERED.**

**SIGNED this 9 day of November, 2017.**



*James P. Smith*

**James P. Smith
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Larry D. Dillard**<br>**Darlene Dillard** | **CASE NO.  13-30073-JPS** |
| **1620 Etchison Spur**<br>**Loganville, GA  30052** | **ATTORNEY: Stephen Louis Noel** |

### ORDER GRANTING MOTION TO COMPEL

It appearing to the Court that the Trustee having filed a motion to compel turnover of funds against Rushmore Loan Management Services, LLC; and it appearing no response having been filed, it is hereby

**ORDERED** that the Trustee's motion to compel turnover of funds to the Chapter 13 Trustee in the amount of $3,273.00 is hereby granted and the requested post-petition mortgage fees in the amount of $442.50 are disallowed.

END OF DOCUMENT

Prepared by Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202
Telephone (478) 742-8706