# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| IN RE:<br><br>LARRY D. DILLARD and<br>DARLENE DILLARD<br>    Debtors.<br><br>CAMILLE HOPE,<br>    Trustee<br><br>vs.<br><br>RUSHMORE LOAN MANAGEMENT, LLC<br>    Creditor. | CASE NO. 13-30073-JPS<br><br><br>CHAPTER: 13<br><br><br>JUDGE: HONORABLE JAMES P. SMITH |

## RESPONSE TO TRUSTEE'S MOTION FOR SANCTIONS

COMES NOW Rushmore Loan Management, LLC (hereinafter "Respondent") and files this Motion in Response to Trustee's Motion for Sanctions:

1.

Respondent acknowledges receipt of the Order Granting the Motion to Compel entered by Judge James P. Smith on November 9th, 2017. Respondent is also acknowledges receipt of the Motion for Sanctions filed by Trustee Camille Hope on January 26, 2018.

2.

Respondent has undertaken a reconciliation of its payments received on the claim, and has issued a refund check in the amount of $3,273.00 to Trustee Camille Hope.

3.

The check has been sent via overnight FedEx to Trustee Camille Hope's physical address at 201 Second Street 10th Floor Macon, GA 31201 on February 16, 2018. At the time of this filing, FedEx's delivery estimate states that the package will arrive at Trustee Camille Hope's office no later than Monday, February 19 at 10:30 AM.

      WHEREFORE, Respondent prays that the Court not hold Respondent in contempt or sanction Respondent in this manner. Respondent also prays that the hearing be held if the Trustee has not withdrawn the Motion for Sanctions by that date.

      /s/*Joshua M. Ryden*
Attorney for Respondent
Aldridge Pite, LLP
3575 Piedmont Road, N.E.,
Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Email: jryden@aldridgepite.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 13-30073-JPS |
| LARRY D. DILLARD and DARLENE DILLARD | CHAPTER: 13 |
| Debtors. | JUDGE: HONORABLE JAMES P. SMITH |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 16, 2018, I served a copy of **Response to Trustee's Motion for Sanctions** which was filed in this bankruptcy matter on the February 16, 2018, in the manner indicated:

**The following parties have been served via e-mail**:

Stephen Noel                                      Camille Hope

**The following parties have been served via U.S. First Class Mail**:

Larry D. Dillard
Darlene Dillard
1620 Etchison Spur
Loganville GA 30052

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: February 16, 2018

/s/*Joshua M. Ryden*
Attorney for Respondent
Aldridge Pite, LLP
3575 Piedmont Road, N.E.,
Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Email: jryden@aldridgepite.com